UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIM. NO. 23-340 (DSD/TNL)

United States of America,

        Plaintiff,

v.                           **ORDER**

Dean Wade Guenther,

        Defendant.

This matter is before the court upon the report and recommendation by United States Magistrate Judge Tony N. Leung dated February 8, 2024. ECF No. 27. Defendant generally objects to the R&R but does not provide "specific written objections" to the magistrate judge's proposed findings and recommendations, as required by D. Minn. LR 72.2(b)(1). The court therefore overrules defendant's objection. Accordingly, based on the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.   The R&R [ECF No. 29] is adopted in its entirety;

    2.   The motion to suppress evidence [ECF No. 21] is denied; and

    3.   The motion to dismiss count 1 [ECF No. 22] is denied.

Dated: February 26, 2024

                                        <u>s/David S. Doty</u>
                                        David S. Doty, Judge
                                        United States District Court